CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 12 2019

JULIA C. DUDLEY, CLERK
BY: /s/ M. Hupp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT DANIEL ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:19cv00569 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| PAULA HILL, et al., | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

Plaintiff Robert Daniel Allen, proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. By conditional filing orders entered August 20 and 21, 2019, the court conditionally filed this action. [See ECF Nos. 3 & 5.] On September 6, 2019, the orders were returned to the court as undeliverable and with no forwarding address. [See ECF No. 6.] Allen has not provided the court with an updated address and, therefore, the court has no means of contacting him. Accordingly, I will dismiss Allen's complaint without prejudice. Allen is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

ENTERED this 12th day of September, 2019.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE